No. 6255.

.F. Silvert Marionneaux et al. vs. Succession of F. Norbert Marion-
NEAUX.

All orders and rulings of court rendered in all contestations pending the operation
of the partition before the notary are interlocutory, and any party feeling ag-
grieved has his remedy, and may be relieved when the partition is presented for
final homologation; and it is from the judgment thus rendered that an appeal
would lie, subjecting the whole proceedings and all interlocutory orders to re-
vision by this court.

APPEAL from the Fifth Judicial District Court, parish of Iberville.
Dewing, J. Samuel Matthews and E. B. Talbot, for plaintiffs and ap-
pellants. George Wailes and Barrow & Pope, for defendant and appel-
lee.

Ludeling, C. J. Two appeals have been taken in this case, one for an
order homologating the report of experts and the other from an order
directing a partition to be made in kind, and referring the parties to a
notary to complete the partition. A motion has been made in this court
to dismiss these appeals, on the ground, among others, that the orders
appealed from are interlocutory only, and do not work an irreparable
injury. Whatever may be done by the notary will only amount to a
projet for a partition, which will not bind any one until the same shall
have been presented to the court for final homologation; and from that
judgment of the court, homologating the partition, any one interested
can appeal.

This court said in the case of Gay vs. Marionneaux et al. that, "accord-
ing to said article all orders and rulings of courts rendered on all con-
testations pending the operation of the partition before the notary are
interlocutory, and any party feeling aggrieved has his remedy, and may
be relieved when the partition is presented for final homologation, and it
is from the judgment thus rendered that an appeal would lie, subjecting
the whole proceedings and all interlocutory orders to revision of this
court." 20 An. 358; C. C. 1270, 1290, 1297, 1298, 1299; 1 Rob. 415; C. P.
1028, 1029, 1030; C. C. 1304.

· The evil effects of a contrary practice were shown in the case of Babin
vs. Nolan.

It is therefore ordered that the appeals be dismissed with costs.

Wyly, J., dissenting. I think the order appealed from works an irrep-
arable injury, and an appeal lies therefrom under the express provisions
of the Code of Practice and numerous decisions of this court. I there-
fore dissent.

Rehearing refused.